| Com. v. Best . . . . . . . | 05/10/201659 MAL (2016) | Denied | Pa.Super., 135 A.3d 665 |
| Com. v. Bowens . . . . | 04/26/2016649 EAL (2015) | Denied | Pa.Super., 134 A.3d 103 |
| Com. v. Brown . . . . . | 05/03/2016589 EAL (2015) | Denied | Pa.Super., 133 A.3d 65 |
| Com. v. Burik [3] . . . . . | 05/04/201658 MAL (2016) | Denied | Pa.Super., 135 A.3d 662 |
| Com. v. Calloway [4] | 04/26/2016392 WAL (2015) | Denied | Pa.Super., 133 A.3d 67 |
| Com. v. Castro . . . . . | 05/18/2016149 MAL (2016) | Denied | Pa.Super., 136 A.3d 1037 |
| Com. v. Christine . . . | 05/10/2016135 MAL (2016) | Denied | Pa.Super., 136 A.3d 1032 |
| Com. v. Dinello [5] . . . | 05/04/201637 MAL (2016) | Denied | Pa.Super., 135 A.3d 661 |
| Com. v. Eberly [6] . . . . | 05/10/201655 MAL (2016) | Denied | Pa.Super., 135 A.3d 666 |
| Com. v. Edmunds [7] | 05/10/2016712 EAL (2015) | Denied | Pa.Super., 135 A.3d 647 |
| Com. v. Fells . . . . . . . | 04/20/2016013 WAL (2013) | Denied | Pa.Super., 135 A.3d 654 |
| Com. v. Fredericks [8] | 05/05/2016995 MAL (2015) | Denied | Pa.Super., 124 A.3d 748 |

3. Justice DONOHUE did not participate in the consideration or decision of this matter.

4. Justice DONOHUE did not participate in the consideration or decision of this matter.

5. Justice WECHT did not participate in the consideration or decision of this matter.

6. Justice WECHT did not participate in the consideration or decision of this matter.

7. Justice DONOHUE did not participate in the consideration or decision of this matter.

8. Justice WECHT did not participate in the consideration or decision of this matter.